**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| **IN THE MATTER OF THE SEARCH OF:**  )<br>UNITED STATES POSTAL SERVICE PRIORITY )<br>MAIL PARCEL BEARING TRACKING  )<br>NUMBER 9505 5143 9846 5336 6107 00  ) | Case No.  2:25-mj-680 |

I, Justin D Koble, Postal Inspector with the United States Postal Inspection Service, being duly sworn, depose and say:

INTRODUCTION

1. I make this affidavit in support of an application under Rule 41 of the Federal Rules of Criminal Procedure for a warrant to search the United States Postal Service Priority Mail parcel bearing tracking number 9505 5143 9846 5336 6107 00 (SUBJECT PARCEL), further described in Attachment A, for the things described in Attachment B.  The SUBJECT PARCEL is currently located in the Southern District of Ohio, Eastern Division.

2. I am a United States Postal Inspector with the United States Postal Inspection Service (USPIS) and have been so employed since July 2014.  I am currently assigned to the Narcotics and Money Laundering Team at the USPIS's Columbus, Ohio field office.  In this capacity, I am responsible for investigating the illegal use of the United States Mails for the purpose of transporting controlled substances, such as methamphetamine, heroin, fentanyl, fentanyl-related analogs, cocaine, and other controlled substances, in violation of, among other statutes, Title 21, United States Code, Sections 841(a)(1) (manufacturing, distribution, or possession with the intent to manufacture or distribute a controlled substance), 843(b) (unlawful use of a communication facility in the commission of a crime), and 846 (drug conspiracy).  In

addition, I am responsible for investigating possible violations of Title 18, United States Code, Sections 1956 and 1957 (money laundering).

3. I have been involved in the investigation and discovery of drug contraband and drug proceeds on numerous occasions. I have personally been the affiant for search warrants that have resulted in the discovery of controlled substances and drug proceeds. My current assignment to the Columbus Processing and Distribution Center (P&DC) involves investigating the use of the United States Mails by drug traffickers, in which established drug package profiles, surveillance, and drug detection dogs, among other investigative tools, are utilized. The facts set forth in this affidavit are based on my personal knowledge, knowledge obtained during my participation in this investigation, knowledge obtained from other individuals, review of records related to this investigation, communications with others who have personal knowledge of the events and circumstances described herein, and information gained through my training and experience. Because this affidavit is submitted for the limited purpose of establishing probable cause in support of the application for a search warrant, this affidavit does not set forth each and every fact learned by me during the course of this investigation.

<u>SUBJECT PARCEL</u>

4. On or about December 8, 2025, USPIS interdiction personnel in Columbus, Ohio interdicted the SUBJECT PARCEL upon arrival at a United States Postal Service (USPS) mail processing facility in Columbus, Ohio. The SUBJECT PARCEL is addressed to "1690 Richmond Rd, Columbus Ohio 43223," with a return address of "Mike Sanchez, 14383 Duncan, Lynwood CA,90262." The SUBJECT PARCEL is size medium USPS Priority Mail box measuring approximately 12" x 3 ½" x 14" that weighs approximately 6 pounds, 1 ounce. The SUBJECT PARCEL was mailed from the USPS Hazard Branch Post Office, 3729 East 1st Street, Los

Angeles, California 90063 on December 2, 2025, at approximately 3:51pm. The $21.95 in postage used to mail SUBJECT PARCEL was paid for in cash. Below is a picture of the SUBJECT PARCEL.



PROBABLE CAUSE

5. Based on training and experience, I am aware that drug traffickers frequently use Priority Mail Express and/or Priority Mail services offered by the USPS, to transport narcotics and other dangerous controlled substances as well as drug proceeds because of their reliability and the time pressures they place on law enforcement agents to execute a successful controlled delivery. These services charge a higher fee because they are very timely, reliable and trackable.

6.     Among the characteristics of the drug profile possessed by the SUBJECT PARCEL is the "source state" origination of the parcel, as well as the destination of the SUBJECT PARCEL.

7.     Your Affiant submits that the origin state of the SUBJECT PARCEL bears on the issue of probable cause here.  For example, US Postal Inspectors, Special Agents of the Drug Enforcement Administration ("DEA"), and other intelligence sources have identified California as a source state for illegal drugs flowing into Central Ohio and a destination state for the proceeds from the sale of these illegal drugs.  Based on my training and experience, I know drug traffickers frequently utilize various shipping and mail entities, including the United States Postal Service, for the shipment of controlled substances.  Frequently the same shipping entity utilized for the shipment of controlled substances is also utilized for the shipment of the proceeds derived from the sale of these controlled substances.

8.     On or about December 8, 2025, checks of USPS, law enforcement, and open-source electronic databases were conducted to determine the validity of the destination information contained on the SUBJECT PARCEL.  The destination address, "1690 Richmond Rd" was found to be a valid and deliverable address in the 43223-zip code.  Because a name was not included with the delivery address, investigators were unable to complete additional checks.

9.     Further, on or about December 8, 2025, checks of USPS, law enforcement, and open-source electronic databases were conducted to determine the validity of the return information contained on the SUBJECT PARCEL.  The return address, "14383 Duncan", was determined to be an invalid address in the 90262-zip code and is not served by the USPS.  Because the address was determined to be fictitious, investigators were unable to conduct additional checks.

10. Regarding both the above-described return and destination addresses, I know through training and experience, that shippers of drugs and drug proceeds will often utilize a fictitious return name and/or address to reduce the possibility of identification and apprehension by law enforcement. A valid delivery address is necessary to ensure the delivery of a parcel and fictitious or no name is often used, for the same reasons.

11. Because the SUBJECT PARCEL originated in California, a state known as a source of controlled substances being mailed to Central Ohio, the SUBJECT PARCEL was paid for in cash, the return address was found to be fictitious, and because a name was not included with the delivery address, the SUBJECT PARCEL was submitted for examination by a drug detecting canine.

## EXAMINATION BY DRUG DETECTING CANINE

12. On or about December 8, 2025, US Postal Inspectors contacted Trooper Jake Lawrence, Ohio State Highway Patrol, who is the handler for "Darius", a Drug Detecting Canine. K-9 "Darius" has been certified by the Ohio Peace Officers Training Association since February 2024 for tracking, article search, and the detection of fentanyl, cocaine, heroin, methamphetamine, and their derivatives. K-9 "Darius" has had over 200 hours of training at the Ohio Highway Patrol K9 Training Facility. Both in training and actual deployments, K-9 "Darius" has successfully detected narcotics, by demonstrating clear, passive alerts, and has established himself as a highly reliable police service dog.

13. The SUBJECT PARCEL was hidden among other parcels and equipment. K-9 "Darius" was allowed to search the entire area. Trooper Lawrence concluded that K-9 "Darius" did alert positively to the SUBJECT PARCEL. Based on that alert, Trooper Lawrence concluded that the odor of one or more of the drugs K-9 "Darius" is trained and certified to detect was present.

5

14. Based upon training and experience, I respectfully submit that the above information is indicative of drug trafficking activity, and that, based on the above, there is probable cause to search the SUBJECT PARCEL.

15. If the SUBJECT PARCEL is found to contain controlled substances or other contraband, these items will be seized as part of an ongoing drug trafficking investigation.

## CONCLUSION

16. Based upon the foregoing facts and my training, experience, and expertise as a US Postal Inspector, I submit there is probable cause to search the SUBJECT PARCEL for controlled substances, drug proceeds, and other evidence of violations of Title 21, United States Code, Sections 841(a)(1), 843(b), and 846.

17. WHEREFORE, I respectfully request that the Court issue a warrant, authorizing agents of the USPIS, including but not limited to other law enforcement agents and technicians assisting in the above-described investigation, to open, view, and photograph, and seize, if necessary, the SUBJECT PARCEL and its contents.

18. The above information is true and correct to the best of my knowledge, information, and belief.

_Justin Koble_
Justin D. Koble
US Postal Inspector

Sworn and subscribed to me this __8th__ day of December 2025



Elizabeth A. Preston Deavers
United States Magistrate Judge